

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BRIAN FRANCOLLA**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-0988<br>Fax: (212) 788-9776 |

April 10, 2012

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re: <u>Boubacar Diallo v. City of New York</u>, et al., 11 CV 6351 (CBA) (CLP)

Your Honor:

        I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly. As such, the parties submit that the initial conference scheduled for April 12, 2012, at 4:00 pm is no longer necessary and we respectfully request that the Court adjourn same.

        Thank you for your consideration herein.

                                                          Respectfully submitted,

                                                           Brian Francolla
                                                           Assistant Corporation Counsel
                                                           Special Federal Litigation Division

cc:    Nicholas Mindicino, Esq. (By ECF)
        Stoll, Glickman & Bellina, LLP
        Attorney for Plaintiff
        475 Atlantic Avenue
        Brooklyn, New York 11217